# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,

      Plaintiffs,                                                No. 2:21-cv-00569-SMV-GBW

      v.

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING CORPORATION,

      Defendants.

## **NOTICE OF ENTRY OF APPEARANCE**

    Kimberly Bell, Assistant United States Attorney for the District of New Mexico, hereby enters her appearance on behalf of Defendant United States of America in the above-captioned cause of action.

                                       Respectfully submitted,

                                       FRED J. FEDERICI
                                       Acting United States Attorney

                                       */s/ Kimberly Bell 8/26/21*
                                       KIMBERLY BELL
                                       Assistant United States Attorney
                                       P.O. Box 607
                                       Albuquerque, NM 87103
                                       (505) 224-1458
                                       Fax: (505) 346-7205
                                       Kimberly.Bell@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on August 26, 2021, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

       */s/ Kimberly Bell 8/26/21*
       KIMBERLY BELL
       Assistant United States Attorney