## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E.., *a minor child,* and EUSEBIO
DANIEL SABILLON PAZ, *her father,*

      Plaintiffs,

v.                                                                    Civ. No. 21-569 SMV/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER STAYING CASE

THIS MATTER comes before the Court on the parties' Stipulated Motion to Hold Action in Abeyance for Sixty (60) Days. *Doc. 11.* Based on the reasons provided in the stipulated motion, and good cause appearing therefor, the Court ORDERS that this action, including all proceedings and case deadlines, shall be STAYED and HELD IN ABEYANCE for an **additional sixty (60) days** to allow the parties to focus their attention on settlement discussions. The stay will end on **November 9, 2021**, unless further extended by the Court.

      **IT IS SO ORDERED.**

                                 _____

                                 GREGORY B. WORMUTH
                                 UNITED STATES MAGISTRATE JUDGE

1