### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

A.E.S.E.., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,                            Civ. No. 21-569 SMV/GBW

v.

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

### ORDER EXTENDING STAY OF CASE

THIS MATTER comes before the Court on the parties' Third Stipulated Motion to Hold Action in Abeyance for Thirty (30) Days. *Doc. 20.* Based on the reasons provided in the Motion, and good cause appearing therefor, the Court orders that this action, including all proceedings and case deadlines, shall be held in abeyance for an additional **thirty (30) days** to allow the parties to continue their focus on settlement discussions. The stay will end on **January 8, 2022,** unless further extended by the Court.

      **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE