IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E.., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                                                                      Civ. No. 21-569 SMV/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER comes before the Court on Defendant United States of America's Motion to Extend Time to Answer or Respond to Plaintiffs' Complaint until February 4, 2022. *Doc. 23*. Having reviewed the Motion, noting Plaintiff's lack of opposition, and being fully advised in the premises, the Court FINDS good cause to GRANT it.

IT IS HEREBY ORDERED that the deadline for Defendant United States of America to answer or otherwise respond to Plaintiffs' complaint is EXTENDED to **February 4, 2022**.

IT IS FURTHER ORDERED that Defendant United States of America's Motion to Extend Time to Answer or Respond to Plaintiff's Complaint for Fourteen (14) Days (*doc. 22*) is DENIED as moot.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE