**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                  Civ. No. 21-569 SMV/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## <u>ORDER SETTING TELEPHONIC STATUS CONFERENCE</u>

THIS MATTER comes before the Court upon review of the record.  On January 24, 2022, the Court granted an extension of Defendant United States of America's deadline to file its answer or otherwise respond to Plaintiffs' complaint through February 4, 2022.  *Doc. 24*.  To date, Defendant United States of America has neither filed an answer or other responsive pleading nor moved the Court for an additional extension of time to do so.

Therefore, the Court will hold a telephonic status conference on **February 23, 2022, at 4:00 p.m.** to discuss the status of Defendant United States of America's answer. The conference will be vacated if Defendant United States of America files an answer or other responsive pleading prior to February 23, 2022, at 4:00 p.m.  Otherwise, counsel

shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings.  Client attendance is not required.

    **IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE