# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E.., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                                                    Civ. No. 21-569 SMV/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXPAND PAGE LIMIT

THIS MATTER comes before the Court upon Defendant United States of America's Unopposed Motion to Expand Page Limit for Motion. *Doc. 30.* The Court being fully advised in the premises, and noting Plaintiff's lack of opposition, finds the Motion to be well-taken and hereby GRANTS it.

IT IS THEREFORE ORDERED that Defendant United States of America's Motion to Transfer, Or In the Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction may exceed the page limit in D.N.M. LR-Civ. 7.5 by nine (9) pages.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE