IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

    Plaintiffs,

v.                                                            Civ. No. 21-569 SMV/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

    Defendants.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon review of the record. On February 9, 2022, the Court issued an Order Setting Telephonic Status Conference that set a status conference for February 23, 2022, and stated that "[t]he conference will be vacated if Defendant United States of America files an answer or other responsive pleading prior to February 23, 2022, at 4:00 p.m." *Doc. 27* at 1. On February 18, 2022, Defendant United States of America filed a Motion to Transfer, or in the Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction. *Doc. 31*. The status conference set for February 23, 2022, is therefore VACATED.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE