## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| A.E.S.E., a minor child, and Eusebio Daniel Sabillon Paz, her father, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 2:21-cv-00569-RB-GBW |
| United States of America and Management & Training Corporation, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

THIS MATTER comes before the Court upon Plaintiffs' Unopposed Motion to Expand Page Limit for Response in Opposition to Defendant United States of America's Motion to Transfer, or in the Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction. (Doc. 41.) The court being fully advised in the premises, and noting Defendants' lack of opposition, finds the Motion to be well-taken and hereby **GRANTS** it.

IT IS THEREFORE ORDERED that Plaintiffs are granted leave to file Plaintiffs' Response in Opposition to Defendant United States of America's Motion to Transfer, or in the Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction, which is 36 pages in length.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE