IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E.., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,

      Plaintiffs,                                    No. 2:21-cv-00569-RB-GBW

v.

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING CORPORATION,

      Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Defendant United States of America hereby give notice pursuant to D.N.M.LR-Civ. 7.4(e), that briefing of Defendant's Motion to Transfer, Or In The Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction is complete and ready for the Court's decision. Briefing consists of the following:

1. Defendant's Motion to Transfer, Or In The Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction (Doc. 31, filed 2/18/22);

2. Defendant Management & Training Corporation's Response (Doc. 40, filed 3/18/22);

3. Plaintiff's Response (Doc. 43, filed 3/18/22); and

4. Defendant's Reply (Doc. 49, filed 4/15/22).

1

Respectfully submitted,

FRED J. FEDERICI

United States Attorney

*/s/ Kimberly Bell  4/18/22*
KIMBERLY BELL
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1458
Fax: (505) 346-7205
Kimberly.Bell@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2022, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Kimberly Bell 4/18/22*
KIMBERLY BELL
Assistant United States Attorney

2