## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E.., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,

      Plaintiffs,                              No. 2:21-cv-00569-RB-GBW

      v.

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING CORPORATION,

      Defendants.

### ORDER GRANTING MOTION TO EXPAND PAGE LIMIT

THIS MATTER has come before the Court upon the United States' Unopposed Motion to

Expand Page Limit for its Reply in Support of Its Motion to Transfer, Or In the Alternative,

Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction (Doc. 48). The Court,

having read the motion and being fully advised in the premises, find that the motion is well-taken

and will be granted.

     IT IS THEREFORE ORDERED that Defendant United States' Motion to Transfer, Or in

the Alternative, Motion for Partial Dismissal for Lack of Subject Matter Jurisdiction may exceed

the page limit for motions by four pages.

                                 _____

                                 ROBERT C. BRACK
                                 SENIOR U.S. DISTRICT JUDGE

1

**SUBMITTED BY:**

FRED J. FEDERICI

United States Attorney

*/s/ Kimberly Bell  4/19/22*
KIMBERLY BEL
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1458
Fax: (505) 346-7205
Kimberly.Bell@usdoj.gov

*Attorneys for the United States of America*

**APPROVED:**

*Approved via email on 4/15/2022*
Leon Howard
Rebecca Sheff
Zoila Alvarez Hernandez
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
lhoward@aclu-nm.org
rsheff@aclu-nm.org
zalvarz@aclu-nm.org

Anne Recinos
Zachary Manfredi
ASYLUM SEEKER ADVOCACY PROJECT (ASAP)
228 Park Ave. S. #84810
New York, NY 10003
anne.recinos@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org

**AND**

Michael T. Mervis
Tara M. Brailey
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036

mmervis@proskauer.com
tbrailey@proskauer.com

*Attorneys for Plaintiffs*

*Approved via email on 4/15/2022*
Christina Muscarella Gooch
Alexander G. Elborn
SUTIN, THAYER & BROWNE
Post Office Box 1945
Albuquerque, NM 87103
(505) 883-3433
tmg@sutinfirm.com
age@sutinfirm.com

*Attorneys for Defendant*
*Management & Training Corporation*

3