# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| A.E.S.E., a minor child, and Eusebio Daniel Sabillon Paz, her father, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America and Management & Training Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:21-cv-00569-RB-GBW |

## ORDER

THIS MATTER comes before the Court upon Plaintiffs' Unopposed Motion for Leave to Withdraw. (Doc. 52.) The Court being fully advised in the premises, and noting Defendants' lack of opposition, finds that the Motion is well-taken and will be granted.

IT IS THEREFORE ORDERED that Anne Recinos is granted leave to withdraw her appearance as attorney of record in this matter.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE