## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

       Plaintiffs,

                                       Civ. No. 21-569 RB/GBW

v.

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

       Defendants.

### ORDER GRANTING WITHDRAWAL

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Leave to Withdraw Appearance. *Doc. 54.* Plaintiffs request the Court's leave for attorney Zoila Alvarez Hernandez to withdraw her appearance as counsel of record. Having reviewed the Motion, and being fully advised in the premises, the Court GRANTS it. IT IS HEREBY ORDERED that Zoila Alvarez Hernandez is permitted to WITHDRAW as Plaintiffs' counsel of record.

    **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE