## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                                                                     Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

### ORDER RESETTING SCHEDULING CONFERENCE

THIS MATTER is before the Court upon notice from the parties of a conflict with the date of the Rule 16 Scheduling Conference. The telephonic Rule 16 Scheduling Conference set for November 22, 2022, is hereby RESET for **November 29, 2022, at 2:00 p.m.** Parties shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings. All other deadlines set in the Initial Scheduling Order (*doc. 59*) remain in effect.

      **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

1