**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____ )
A.E.S.E., a minor child, and Eusebio )
Daniel Sabillon Paz, her father, )
)
      Plaintiffs, )    Case No. 2:21-cv-00569-RB-GBW
)
  v. )
) **JOINT MOTION FOR ENTRY OF**
United States of America and ) **A PROTECTIVE ORDER**
Management & Training Corporation, )
)
      Defendants. )
_____ )

The parties jointly move for entry of a protective order (filed together with this motion) pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to govern the disclosure, use, and handling by the parties of confidential information in this action (the "Proposed Protective Order"). As fully set forth in the Proposed Protective Order, disclosure and discovery in this action will likely involve the production of confidential, personal and private information pertaining to plaintiffs and witnesses including, but not limited to, personally identifiable information, health information, immigration-related information and other information protected by the Privacy Act of 1974, 5 U.S.C. § 552a. Disclosure and discovery in this action will also likely involve confidential information about Defendant's law enforcement or national security staffing, resources and/or methods—the release of which to the public may adversely impact identifiable law enforcement or national security interests—as well other information in Defendant's possession that is protected or restricted from disclosure by a number of statutes and regulations, as detailed in the Proposed Protective Order. *See* Section A(2) and B(2) of the Proposed Protective Order. The parties therefore agree that good cause exists for such information to be protected from unnecessary disclosure.

Pursuant to D.N.M.LR-Civ. 7.1 all counsel was contacted on November 18, 2022 and all parties consent to the filing of this motion and entry of the corresponding order.

The parties therefore request that the Court issue the parties' Proposed Protective Order accompanying this joint motion.

RESPECTFULLY SUBMITTED this 29th day of November 2022.

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division

ALEXANDER M. M. UBALLEZ
United States Attorney
***Electronically filed November 29, 2022***
MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7224 Ext. 1467
manny.lucero@usdoj.gov

***Filed with Counsel's Consent***
Christina M. Gooch
Sutin, Thayer & Browne, APC
P.O. Box 1945
Albuquerque, NM 87102-1945
(505) 883-2500
TMG@sutinfirm.com

*Attorney for Defendant MTC*

Michael T. Mervis*
Tara M. Brailey*
Proskauer Rose LLP
11 Times Square
New York, New York 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

\* *Appearing pursuant to D.N.M.LR-Civ. 83.3(a).*


*Attorneys for Plaintiffs*

***Filed with Counsel's Consent***
Bradley Jenkins*
Zachary Manfredi*
Asylum Seeker Advocacy Project (ASAP)
228 Park Ave. S. #84810
New York, NY 10003
(646) 937-0368
bradley.jenkins@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org

Leon Howard
Rebecca Sheff
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
lhoward@aclu-nm.org
rsheff@aclu-nm.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was filed electronically on November 29, 2022.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt

***Electronically filed November 29, 2022***
MANUEL LUCERO
Assistant U. S. Attorney