**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____
                                                       )
A.E.S.E., a minor child, and Eusebio          )
Daniel Sabillon Paz, her father,                 )
                                                       )
            Plaintiffs,                                )          Case No. 2:21-cv-00569-RB-GBW
                                                       )
    v.                                                  )
                                                       )          **JOINT MOTION FOR ORDER**
United States of America and                    )          **ENTERING CLAWBACK**
Management & Training Corporation,          )          **AGREEMENT AND ORDER**
                                                       )          **PURSUANT TO FED. R. EVID.**
            Defendants.                             )          **502(d)**
_____            )

The parties jointly move for entry of an order pursuant to Fed. R. Evid. 502(d), lodged together with this motion, to protect the parties against waiver of any privileges, protections, or immunities attaching to documents produced in this action.

The parties anticipate that privileged documents may be produced in this action. Absent an order from the Court, under certain circumstances, production of privileged documents can operate as a waiver of any applicable privilege, protection, and/or immunity with respect to disclosure. Fed. R. Evid. 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding." Rule 502(d) is intended to expedite discovery and save costs in matters involving large volumes of documents and ESI, by reducing or eliminating the risk that disclosure will result in waiver of privileges. Fed. R. Evid. 502(d), Advisory Committee Notes (2007). These factors support entry of an order under Fed. R. Evid. 502(d) here.

The parties therefore request that the Court issue the parties' proposed order pursuant to Fed. R. Evid. 502(d).

Pursuant to D.N.M.LR-Civ. 7.1 all counsel was contacted on November 18, 2022, and all parties consent to the filing of this motion and entry of the corresponding order.

RESPECTFULLY SUBMITTED this 29th day of November 2022.

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division

ALEXANDER M. M. UBALLEZ
United States Attorney
***Electronically filed November 29, 2022***
MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7224 Ext. 1467
manny.lucero@usdoj.gov

***Filed with Counsel's Consent***
Christina M. Gooch
Sutin, Thayer & Browne, APC
P.O. Box 1945
Albuquerque, NM 87102-1945
(505) 883-2500
TMG@sutinfirm.com

*Attorney for Defendant MTC*

Michael T. Mervis*
Tara M. Brailey*
Proskauer Rose LLP
11 Times Square
New York, New York 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

* *Appearing pursuant to D.N.M.LR-Civ.
83.3(a).*

*Attorneys for Plaintiffs*

***Filed with Counsel's Consent***
Bradley Jenkins*
Zachary Manfredi*
Asylum Seeker Advocacy Project (ASAP)
228 Park Ave. S. #84810
New York, NY 10003
(646) 937-0368
bradley.jenkins@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org

Leon Howard
Rebecca Sheff
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
lhoward@aclu-nm.org
rsheff@aclu-nm.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above pleading was filed electronically on November 29, 2022.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt

***Electronically filed November 29, 2022***
MANUEL LUCERO
Assistant U. S. Attorney