**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                  Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

**<u>ORDER SETTING SECOND RULE 16 CONFERENCE</u>**

THIS MATTER comes before the Court upon discussion with the parties at the Rule 16 Scheduling Conference held on November 29, 2022. The Court will hold a second Rule 16 Scheduling Conference on **February 28, 2023, at 1:30 p.m.** to discuss setting additional discovery limitations, such as limits on depositions, and other discovery matters. Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings. Client attendance is not required.

      **IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE