## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

     Plaintiffs,

v.                            Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

     Defendants.

### ORDER SETTING THIRD RULE 16 CONFERENCE

THIS MATTER comes before the Court upon discussion with the parties at the second Rule 16 Scheduling Conference held on February 28, 2023.  The Court will hold a third Rule 16 Scheduling Conference on **March 29, 2023, at 4:00 p.m.** to discuss setting additional discovery limitations, such as limits on depositions, and other discovery matters.  Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings.  Client attendance is not required.

     **IT IS SO ORDERED**.

                                   _____
                                   GREGORY B. WORMUTH
                                   CHIEF UNITED STATES MAGISTRATE JUDGE