## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                       Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER GRANTING EXTENSION OF TIME FOR FILING MOTION TO COMPEL

THIS MATTER comes before the Court upon Defendant Management & Training Corporation's ("MTC") Stipulated Motion for Extension of Time for Filing Motion to Compel (the "Motion"). *Doc. 88*. The Court, having considered the Motion, finding good cause is stated therein, and noting that the Motion is unopposed, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendant MTC shall have until **April 17, 2023**, to file a motion to compel based on Plaintiff Eusebio Daniel Sabillon Paz's Responses and Objections to Defendant MTC's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff Eusebio Daniel Sabillon Paz (*doc. 69*).

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE