## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

     Plaintiffs,

v.                          Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

     Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon discussion with the parties at the status conference held on April 10, 2023. The Court will hold a telephonic status conference on **May 24, 2023, at 10:00 a.m.** to discuss discovery matters. Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings. Client attendance is not required.

     **IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE