## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                                                    Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon discussion with the parties at the status conference held on May 24, 2023.  The Court will hold a telephonic status conference on **June 22, 2023, at 2:00 p.m.** to discuss discovery matters including any matters related to the parties' planned site visit.  Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings. Client attendance is not required.

    **IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE