IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| A.E.S.E., a minor child, and EUSEBIO DANIEL SABILLON PAZ, her father,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and MANAGEMENT & TRAINING CORPORATION,<br><br>Defendants. | Case No. 2:21-cv-00569-RB/GBW |

## STIPULATED MOTION FOR EXTENTION OF TIME TO FILE MOTION TO COMPEL

Plaintiffs respectfully submit this Stipulated Motion for Extension of Time to File Motion to Compel and state as follows:

1. On March 24, 2023, Plaintiffs served their First Set of Interrogatories, First Set of Requests for Production of Documents, and Request For Entry onto Land to Defendant Management & Training Corporation (the "Discovery Requests").

2. Defendant Management & Training Corporation ("MTC") requested, and Plaintiffs granted, an extension to May 12, 2023 to serve its responses to the Discovery Requests.

3. On May 12, 2023, MTC served its Objections, Answers, and Responses to Plaintiffs' Discovery Requests, along with a production.

4. Pursuant to Federal Rule of Civil Procedure 37 and District of New Mexico Local Rule 26.6, Plaintiffs have 21 days from receiving MTC's objections, answers, and responses to

the Discovery Requests to file a motion to compel.

5.     Given that the parties are currently engaged in good faith discussions around the scope and content of MTC's responses, objections, and answers to the Discovery Requests, Plaintiffs anticipate requiring more than 21 days to file a motion to compel discovery, should one be required.

6.     Plaintiffs and MTC have stipulated to this motion, and MTC does not oppose granting an extension of a motion to compel beyond the 21 days, should one be required.

For these reasons, Plaintiffs respectfully move the Court to extend the time to file a Motion to Compel until June 23, 2023.

Respectfully submitted,                                            May 26, 2023

**By:  */s/ Marcela Johnson*** 
Bradley Jenkins*                                                         *Approved by*
Zachary Manfredi*
Jessica Hanson*                                                         **By:  *Approved via email on May 26, 2023***
Marcela Johnson*                                                      Christina Muscarella Gooch
Asylum Seeker Advocacy Project (ASAP)      P.O. Box 1945
228 Park Ave. S. #84810                                         Albuquerque, NM 87103
New York, NY 10003                                              Telephone: (505) 883-3433
(646) 937-0368                                                         tmg@sutinfirm.com
bradley.jenkins@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org         *Attorney for Management & Training*
jessica.hanson@asylumadvocacy.org               *Corporation*
marcela.johnon@asylumadvocacy.org

Michael T. Mervis*
Tara M. Brailey*                                                      * *Appearing pursuant to D.N.M.LR-Civ.*
Proskauer Rose LLP                                               *83.3(a).*
11 Times Square
New York, NY 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

2

Rebecca Sheff
Leon Howard
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
rsheff@aclu-nm.org
lhoward@aclu-nm.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2023, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means.

By: */s/ Marcela Johnson*
Marcela Johnson