**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                 Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

### ORDER GRANTING EXTENSION OF TIME TO FILE MOTION TO COMPEL

THIS MATTER comes before the Court on Plaintiffs' Stipulated Motion for Extention [sic] of Time to File Motion to Compel. *Doc. 112.* Plaintiffs request an extension of their deadline to file a motion to compel based on Defendant Management & Training Corporation's ("MTC") Objections, Answers, and Responses to Plaintiffs' First Set of Interrogatories, First Set of Requests for Production of Documents, and Request for Entry onto Land. *Id.* at 1. Having reviewed the Motion, noting Defendant MTC's non-opposition, and finding good cause for the extension, the Court will GRANT the Motion.

IT IS THEREFORE ORDERED that Plaintiffs shall have through **June 23, 2023,** to file a motion to compel based on Defendant MTC's Objections, Answers, and Responses to Plaintiffs' First Set of Interrogatories, First Set of Requests for Production of

Documents, and Request for Entry onto Land.

**IT IS SO ORDERED.**

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

2