IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

    Plaintiffs,

v.                                                          Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

    Defendants.

**ORDER GRANTING EXTENSION OF TIME TO FILE MOTION TO COMPEL**

THIS MATTER comes before the Court on Plaintiffs' Stipulated Motion for

Extension of Time to File Motion to Compel, *doc. 117*, and upon discussion with the

parties at the status conference held on June 22, 2023, *see doc. 119*. Plaintiffs request an

extension of their deadline to file a motion to compel based on Defendant Management

& Training Corporation's ("MTC") supplemental discovery responses to Plaintiffs' First

Set of Interrogatories, First Set of Requests for Production of Documents, and Request

for Entry onto Land. *Id.* at ¶ 11. Having reviewed the Motion, noting Defendant MTC's

lack of opposition, and finding good cause for the extension, the Court will GRANT the

Motion.

IT IS THEREFORE ORDERED that any motion to compel based on Defendant

MTC's supplemental responses to Plaintiffs' First Set of Interrogatories, First Set of

Requests for Production of Documents, and Request for Entry onto Land, *see doc. 92*, shall be due no later than **two weeks following the service of Defendant MTC's supplemental responses**, not including, if applicable, the week of July 3, 2023, during which time Plaintiffs' counsel's office will be closed.

    **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE