IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

    Plaintiffs,

v.                                                                                                  Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

    Defendants.

## ORDER DENYING MOTION TO QUASH AS MOOT

THIS MATTER comes before the Court on Movant's Motion to Quash Subpoena and Motion for Protective Order ("the Motion"). *Doc. 113*. On May 30, 2023, the El Paso County Clerk's Office ("the Movant") moved to quash Plaintiffs' Subpoena Duces Tecum and for a protective order. *Id.* at 1. On June 13, 2023, Plaintiffs notified the Court that the subpoena at issue in the Motion has been withdrawn by Plaintiffs. *Doc. 116*. IT IS THEREFORE ORDERED that the El Paso County Clerk's Office's Motion to Quash Subpoena and Motion for Protective Order (*doc. 113*) is DENIED AS MOOT.[1]

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] If there are matters beyond the withdrawn subpoena for which Movant still seeks a protective order, it may file a renewed motion seeking such relief.