IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

       Plaintiffs,                                Civ. No. 21-569 RB/GBW

      v.

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

       Defendants.

## ORDER MODIFYING TERMS OF PLAINTIFFS' SITE INSPECTION OF OTERO COUNTY PROCESSING CENTER

THIS MATTER comes before the Court upon an email correspondence with the parties. On July 6, 2023, the Court issued its Order Setting Terms of Plaintiffs' Site Inspection of Otero County Processing Center which, among other provisions, listed the individuals from Plaintiffs' team who are permitted to attend the site inspection. *Doc. 124* at 5. On July 11, 2023, counsel for Plaintiffs emailed the Court with opposing counsel on carbon copy and requested that an additional attorney, Marcela Johnson, be permitted to attend the site inspection. Plaintiffs noted in the email that this request is unopposed by Defendants.

Based on the foregoing, IT IS ORDERED that the Court's Order Setting Terms of Plaintiffs' Site Inspection of Otero County Processing Center (*doc. 124*) is MODIFIED to

add Marcela Johnson to the list of individuals from Plaintiffs' team who are permitted to attend the site inspection.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE