# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| A.E.S.E., a minor child, and EUSEBIO DANIEL SABILLON PAZ, her father, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 2:21-cv-00569-RB/GBW |
| UNITED STATES OF AMERICA and MANAGEMENT & TRAINING CORPORATION, | ) ) ) ) |
| Defendants. | ) ) ) |

## STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Plaintiffs respectfully submit this Stipulated Motion for Extension of Time to File Motion to Compel and state as follows:

1. On March 24, 2023, Plaintiffs served their First Set of Interrogatories, First Set of Requests for Production of Documents, and Request For Entry onto Land to Defendant Management & Training Corporation (the "Discovery Requests").

2. Defendant Management & Training Corporation ("MTC") requested, and Plaintiffs granted, an extension to May 12, 2023 to serve its responses to the Discovery Requests.

3. On May 12, 2023, MTC served its Objections, Answers, and Responses to Plaintiffs' Discovery Requests, along with a production (collectively, "MTC's Response and Production").

4. On May 31, 2023, Plaintiffs sent a letter to MTC discussing deficiencies in

MTC's Response and Production. The parties have since engaged in good faith discussions around the scope and content of MTC's responses, objections, and answers to the Discovery Requests.

5.  On June 27, 2023, the Court granted Plaintiffs' Motion for Extension of Time for Filing a Motion to Compel, *doc. 120*, extending Plaintiffs' deadline to two weeks following the service of Defendant MTC's supplemental responses.

6.  On August 9, 2023, MTC served their First Supplemental Responses to Plaintiffs' First Set of Interrogatories and Request for Production ("MTC's First Supplemental Response"). MTC communicated that their First Supplemental Production in Response to Plaintiffs' First Set of Interrogatories and Request for Production ("MTC's First Supplemental Production") was contained in a flash drive, which would be delivered by mail to Plaintiffs' counsel at the Asylum Seeker Advocacy Project ("ASAP"). Plaintiffs anticipate being able to access MTC's First Supplemental Production on or around August 21, 2023.

7.  Plaintiffs anticipate requiring until September 5, 2023, to file a motion to compel discovery, should one be required.

8.  Plaintiffs and MTC have stipulated to this motion, and MTC does not oppose granting an extension of a motion to compel to September 5, 2023, should one be required.

For these reasons, Plaintiffs respectfully move the Court to extend the time to file a Motion to Compel until September 5, 2023.

//
//
//

Respectfully submitted,

**By:** */s/ Jessica Hanson*
Bradley Jenkins*
Zachary Manfredi*
Jessica Hanson*
Marcela Johnson*
Asylum Seeker Advocacy Project (ASAP)
228 Park Ave. S. #84810
New York, NY 10003
(646) 937-0368
bradley.jenkins@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
jessica.hanson@asylumadvocacy.org
marcela.johnon@asylumadvocacy.org

Michael T. Mervis*
Tara M. Brailey*
Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

Rebecca Sheff
Leon Howard
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
rsheff@aclu-nm.org
lhoward@aclu-nm.org

*Attorneys for Plaintiffs*

August 18, 2023

*Approved by*

**By:** *Approved via email on August 18, 2023*
Christina Muscarella Gooch
P.O. Box 1945
Albuquerque, NM 87103
Telephone: (505) 883-3433
tmg@sutinfirm.com

*Attorney for Management & Training Corporation*

* *Appearing pursuant to D.N.M.LR-Civ. 83.3(a).*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2023, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means.

By: */s/ Jessica Hanson*
Jessica Hanson
