**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

      v.                             Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

THIS MATTER having come before the Court upon Plaintiffs A.E.S.E.'s and Eusebio Daniel Sabillon Paz's Stipulated Motion for Extension of Time to File Motion to Compel. *Doc. 128*. The Court, having considered the Motion, finding that there is good cause for granting the Motion and noting the Motion is unopposed, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Plaintiffs A.E.S.E. and Eusebio Daniel Sabillon Paz shall have until **September 5, 2023**, to file a motion to compel based on Defendant MTC's First Supplemental Responses to Plaintiffs' First Set of Interrogatories and Request for Production (*doc. 127*), and the accompanying Production.

**IT IS SO ORDERED.**

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE