IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

    Plaintiffs,

v.                                               Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

    Defendants.

## ORDER REFERRING SETTLEMENT CONFERENCE

THIS MATTER comes before the Court upon electronic correspondence from Plaintiffs' counsel in which Plaintiffs indicate that they and Defendant Management and Training Corporation ("MTC") have agreed to mediate their claims. Both parties request that the undersigned refer the parties to the Honorable Karen B. Molzen to conduct the mediation.

IT IS ORDERED that, pursuant to Local Rule 73.4 and with the concurrence of the undersigned and Judge Molzen, the Court will refer the settlement conference between Plaintiffs and Defendant MTC to Judge Molzen. *See* D.N.M.LR-Civ. 73.4.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE