**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

       Plaintiffs,

      v.                                                                Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

       Defendants.

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO COMPEL**

THIS MATTER comes before the Court upon Plaintiffs A.E.S.E.'s and Eusebio

Daniel Sabillon Paz's Stipulated Motion for Extension of Time to File Motion to Compel.

*Doc. 132*.  The Court, having considered the Motion, finding that there is good cause for

granting the Motion, and noting the Motion is unopposed, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Plaintiffs A.E.S.E. and Eusebio Daniel Sabillon Paz

shall have until **September 19, 2023**, to file a motion to compel based on Defendant

MTC's First Supplemental Responses to Plaintiffs' First Set of Interrogatories and

Request for Production (*doc. 127*).

1

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE