IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

      v.                           Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

THIS MATTER comes before the Court upon Plaintiffs A.E.S.E.'s and Eusebio Daniel Sabillon Paz's Stipulated Motion for Extension of Time to File Motion to Compel. *Doc. 138*. The Court, having considered the Motion, finding that there is good cause for granting the Motion, and noting the Motion is unopposed, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Plaintiffs shall have until **October 27, 2023**, to file a motion to compel based on Defendant United States's Response to Plaintiffs' First Set of Interrogatories, Objections and Response to Plaintiffs' First Set of Requests for Production of Documents, and Common Discovery (collectively, "the Response and Production") (*doc 133*).

1

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE