## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,

      Plaintiffs,                          Case No. 2:21-cv-00569-RB/GBW

      v.

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING CORPORATION,

      Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MANAGEMENT & TRAINING CORPORATION

THIS MATTER is before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff Eusebio Daniel Sabillon Paz and Defendant Management & Training Corporation. (Doc. 145.) The Court finds the Motion is well taken and GRANTED.

IT IS THEREFORE ORDERED that Defendant Management & Training Corporation is hereby dismissed with prejudice.

ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE

Respectfully submitted,                    October 12, 2023

ASYLUM SEEKER ADVOCACY PROJECT (ASAP)

By: /s/ *Jessica Hanson*
Bradley Jenkins
Zachary Manfredi
Jessica Hanson
Marcela Johnson
Ming Tanigawa-Lau
228 Park Ave. S. #84810
New York, NY 10003
(646) 937-0368
bradley.jenkins@asylumadvocacy.org
zachary.manfredi@asylumadvocacy.org
jessica.hanson@asylumadvocacy.org
marcela.johnson@asylumadvocacy.org
ming.tanigawa-lau@asylumadvocacy.org

Michael T. Mervis
Tara M. Brailey
Proskauer Rose LLP
11 Times Square
New York, New York 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

Leon Howard
Rebecca Sheff
Max Isak Brooks
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
lhoward@aclu-nm.org
rsheff@aclu-nm.org
mbrooks@aclu-nm.org

*Attorneys for Plaintiffs*

2

3

Approved by:

SUTIN, THAYER & BROWNE
A Professional Corporation

By: */s/ Christina Muscarella Gooch*
Christina M. Gooch
6100 Uptown Blvd. N.E., Suite 400
P. O. Box 1945
Albuquerque, New Mexico 87103
(505) 883-2500
tmg@sutinfirm.com
*Attorney for Defendant Management & Training Corporation*

3