## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

      v.                            Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## ORDER GRANTING WITHDRAWAL

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Leave to Withdraw. *Doc. 147*. Plaintiffs request the Court's leave for attorney Bradley Jenkins to withdraw his appearance as counsel of record. *See id*. Having reviewed the Motion, noting Defendant's consent to withdrawal, *see id.* at ¶ 4, and being otherwise fully advised, the Court will GRANT the Motion. Bradley Jenkins is hereby WITHDRAWN as Plaintiffs' counsel of record.

**IT IS SO ORDERED.**

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE