**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

    v.                                            Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

**<u>ORDER GRANTING EXTENSION OF TIME TO FILE MOTION TO COMPEL</u>**

THIS MATTER comes before the Court on Plaintiffs' Stipulated Motion for Extension of Time to File Motion to Compel. *Doc. 149.* Plaintiffs request an extension of their deadline to file a motion to compel based on Defendant United States of America's Response to Plaintiffs' First Set of Interrogatories, Objections and Response to Plaintiffs' First Set of Requests for Production of Documents, and Common Discovery (collectively, "Response and Production"). *Id.* at 2. Having reviewed the Motion, noting the stipulation of the parties, *id*. at ¶ 9, and being otherwise fully advised, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS HEREBY ORDERED that Plaintiffs A.E.S.E. and Eusebio Daniel Sabillon Paz shall have until **November 30, 2023**, to file a motion to compel based on Defendant United States of America's Response and Production.

1

**IT IS SO ORDERED.**

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE