## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

      v.                                       Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon notice of the parties.  The Court will hold a telephonic status conference on **November 1, 2023, at 3:00 p.m.** to discuss the status of the case.  Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461**, to connect to the proceedings.  Client attendance is not required.

    **IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE