IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                                                    Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA
and MANAGEMENT & TRAINING
CORPORATION,

      Defendants.

## <u>ORDER EXTENDING PRETRIAL DEADLINES</u>

THIS MATTER comes before the Court upon oral motion from the parties.

IT IS HEREBY ORDERED that the pretrial deadlines set in the Court's Order

Granting Stipulated Motion to Extend Pretrial Deadlines, *doc. 98*, are each extended by

three months.  The termination date for fact discovery is extended to **March 22, 2024,**

and the termination date for expert discovery is extended to **July 15, 2024**.  Plaintiffs

shall identify to all parties in writing any expert witness to be used by Plaintiffs at trial

and provide expert reports or other disclosures pursuant to Federal Rule of Civil

Procedure 26(a)(2)(B) & (C) no later than **April 16, 2024**.  All other parties shall identify

in writing any expert witness to be used by such parties at trial and provide expert

reports or other disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) &

(C) no later than **June 25, 2024**.  Dispositive pretrial motions not related to discovery

shall be filed with the Court and served on opposing parties by **August 16, 2024**.  All

other terms of the Court's Order Setting Pretrial Deadlines and Briefing Schedule (*doc.

66*) shall remain in effect.

   **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE