## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

     Plaintiffs,

v.                                                            Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

     Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER is before the Court on review of Defendant's Unopposed Motion to Extend Deadline to File Its Response and for Plaintiff to Reply. *Doc. 158*. Having reviewed the Motion, noting the stipulation of the parties, *see id.* ¶ 3, and being otherwise fully informed, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant United States has through **December 21, 2023**, to file its Response to Plaintiff's Motion to Compel Discovery (*doc. 156*). Plaintiffs have through **January 10, 2024**, to file their Reply.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE