**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

     Plaintiffs,

v.                                                                 Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

     Defendant.

## ORDER SETTING MOTION HEARING

THIS MATTER comes before the Court upon review of Plaintiffs' Motion to Compel (*doc. 156*). The Court will hold a hearing on this motion on **February 13, 2024, at 1:30 p.m., in the Organ Courtroom at the United States Courthouse, 100 N. Church Street, Las Cruces, New Mexico.** Counsel for all parties shall appear. No more than two attorneys from each side may present arguments on behalf of their client.

     **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

1