**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

     Plaintiffs,

v.                                             Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

     Defendant.

**ORDER STAYING DISCOVERY, VACATING MOTION HEARING, AND**
**SETTING TELEPHONIC STATUS CONFERENCE**

THIS MATTER comes before the Court upon review of Plaintiffs' Unopposed Motion to Stay Discovery. *Doc. 174.* Plaintiffs move the Court to stay discovery in this action for thirty days, postpone the hearing on Plaintiffs' Motion to Compel Discovery from Defendant (*doc. 156*), and set a status conference. Having reviewed the Motion, noting the stipulation of the parties, *see id.* at 2, and being otherwise fully informed, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that discovery in this matter is STAYED for thirty days from the date of this Order.

IT IS FURTHER ORDERED that the motion hearing on Plaintiffs' Motion to Compel set for February 13, 2024, at 1:30 p.m. is VACATED, to be reset at a later date, if necessary.

IT IS FINALLY ORDERED that the Court will hold a telephonic status

conference on **February 15, 2024, at 2:00 p.m**.  Counsel shall call Judge Wormuth's

teleconference line at **(877) 402-9753, access code 7578461,** to connect to the proceedings.


GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE