**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

      Plaintiffs,

v.                                                                Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

      Defendant.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

THIS MATTER comes before the Court upon discussion with the parties at the February 21, 2024 status conference. The Court will hold a telephonic status conference on **March 13, 2024, at 1:30 p.m**. to discuss the status of settlement discussions. Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461,** to connect to the proceedings. Client attendance is not required.

      **IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE