IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

    Plaintiffs,

v.                                               Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING DEFENDANT UNITED STATES' UNOPPOSED MOTION TO EXTEND STAY OF DISCOVERY AND RESET STATUS CONFERENCE

THIS MATTER comes before the Court upon Defendant United States' Unopposed Motion to Extend Stay of Discovery and Reset Status Conference. *Doc. 182*. Defendant requests that the Court extend its discovery stay in this matter by seven (7) days and reset the status conference currently scheduled for March 13, 2023. *Id*. Having reviewed the Motion, noting that Plaintiffs do not oppose the relief sought, *id*. ¶ 9, and being otherwise fully informed, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that discovery in this matter is STAYED until **March 18, 2024.**

IT IS FURTHER ORDERED that the Telephonic Status Conference set for March 13, 2024, at 1:30 p.m. is VACATED and RESET for **March 21, 2024, at 11:00 a.m.**

1


Counsel shall call Judge Wormuth's teleconference line at **(877) 402-9753, access code 7578461,** to connect to the proceedings.  Client attendance is not required.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE