IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

    Plaintiffs,

v.                                                                                          Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

    Defendant.

### ORDER STAYING CASE AND VACATING PRETRIAL DEADLINES AND TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court on the parties' Joint Notice of Conditional Settlement and Stipulation to Stay Litigation Deadlines. *Doc. 184.* The parties have reached a conditional settlement in this action under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. and stipulate and request that all pretrial deadlines be vacated, the March 21, 2024, status conference be canceled, and the action be stayed. *Id.* at 1. Having reviewed the document, construing the parties' requests as a motion, and being otherwise fully advised, the Court finds that the motion should be GRANTED.

Therefore, IT IS HEREBY ORDERED that all deadlines set in the Court's Order Extending Pretrial Deadlines (*doc. 152*) and the Telephonic Status Conference set for March 21, 2024, at 11:00 a.m. are hereby VACATED.

1

2

IT IS FURTHER ORDERED that this matter is HEREBY STAYED pending finalization of the settlement. The parties shall file a Joint Status Report every 60 days during the stay to keep the Court apprised of the progress of the pending settlement.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE