# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

A.E.S.E., *a minor child*, and EUSEBIO
DANIEL SABILLON PAZ, *her father*,

     Plaintiffs,

v.                                                                    Civ. No. 21-569 RB/GBW

THE UNITED STATES OF AMERICA,

     Defendant.

## ORDER GRANTING WITHDRAWAL

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Leave to Withdraw. *Doc. 188*. Plaintiffs request the Court's leave for attorney Ming Tanigawa-Lau to withdraw her appearance as counsel of record. *See id*. Having reviewed the Motion, noting Defendant's consent to withdraw, *id*. ¶ 4, and being otherwise fully advised, the Court will GRANT the Motion. Ming Tanigawa-Lau is hereby WITHDRAWN as Plaintiffs' counsel of record.

    **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE