**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E.., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,
    Plaintiffs,         No. 2:21-cv-00569-RB-GBW

   v.

THE UNITED STATES OF AMERICA and
MANAGEMENT & TRAINING CORPORATION,
    Defendants.

**ORDER OF REFERENCE**

Pursuant to the provisions of 28 U.S.C. Sections 636(b)(1)(B) and (b)(3) and Rule 72(b) of the Federal Rules of Civil Procedure, the Unopposed Motion to Approve Settlement of Minor's Claims (Doc. 187) is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the District Judge an ultimate disposition. The Magistrate Judge shall submit to the District Judge assigned to this case an analysis, including findings of fact, if necessary, and recommended disposition, with copies provided to the parties.

The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. Section 636(b)(1). Objections shall be filed within 14 days after being served with a copy of the proposed disposition. A party waives the right to challenge a Magistrate Judge's findings and recommendation if the party does not file timely and specific objections. *See Martinez v. Barnhart*, 444 F.3d 1201, 1208 (10th Cir. 2006); *Soliz v. Chater*, 82 F.3d 373, 375 (10th Cir. 1996).

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE