**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,

        Plaintiffs,                      Case No. 2:21-cv-00569-RB/GBW

        v.

THE UNITED STATES OF AMERICA,

        Defendant.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
SETTLEMENT OF MINOR'S CLAIMS**

THIS MATTER comes before the Court upon the Plaintiffs' Unopposed Motion for Approval of Settlement of Minor's Claims. (Doc. 187.) Having reviewed the Motion, the exhibits attached thereto, and noting that the Motion is unopposed, the Court **HEREBY GRANTS** the Motion and **ORDERS** as follows:

1. The Court approves the settlement of the claims of minor Plaintiff A.E.S.E. against Defendant United States in this matter, as contemplated in the Settlement Agreement attached to Plaintiffs' Motion. (*See* Doc. 187-2.)

2. The Court approves the allocation of the settlement proceeds such that Plaintiff Sabillon Paz, A.E.S.E.'s father, receives $157,500 and minor Plaintiff A.E.S.E. receives $157,500, for a total settlement amount of $315,000.

3. The Court approves the placement of A.E.S.E.'s portion of the settlement funds into a pooled minor's trust operated by Legacy Enhancement until A.E.S.E. reaches the age of 18. (*See* Doc. 187-3 at 5–21.)

4.    Plaintiffs' counsel shall coordinate with Plaintiffs and Legacy Enhancement to ensure execution of all necessary paperwork and transfer of the minor Plaintiff's settlement share into the Legacy Enhancement pooled trust account. Plaintiffs' counsel shall report back to the Court once the minor's settlement funds have been transferred into the pooled trust account.

5.    In the event this settlement is not finalized by July 15, 2024, the parties shall file a joint status report on July 15, 2024, and every six weeks thereafter until the pooled minor's trust is funded.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE

April 26, 2024

SUBMITTED BY:

**By: /s/ *Jessica Hanson***
Zachary Manfredi
Jessica Hanson
Marcela Johnson
Ming Tanigawa-Lau
Asylum Seeker Advocacy Project
228 Park Ave. S. #84810
New York, NY 10003
(646) 937-0368
zachary.manfredi@asylumadvocacy.org
jessica.hanson@asylumadvocacy.org
marcela.johnson@asylumadvocacy.org
ming.tanigawa-lau@
asylumadvocacy.org

Michael T. Mervis
Tara M. Brailey
Proskauer Rose LLP
11 Times Square
New York, New York 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

Leon Howard
Rebecca Sheff
Max Isak Brooks
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
lhoward@aclu-nm.org
rsheff@aclu-nm.org
mbrooks@aclu-nm.org

*Attorneys for Plaintiffs*

*Approved by*

**By: *Approved via email on April 25, 2024***

Ruth F. Keegan
Assistant U.S. Attorney
201 Third Street, NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
ruth.f.keegan@usdoj.gov

Juliana MacPherson Barrett
Paul Quast
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
Juliana.M.Barrett@usdoj.gov
Paul.C.Quast@usdoj.gov

*Attorneys for the United States*