**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

A.E.S.E., a minor child, and EUSEBIO DANIEL
SABILLON PAZ, her father,

       Plaintiffs,                          Case No. 2:21-cv-00569-RB/GBW

       v.

THE UNITED STATES OF AMERICA,

       Defendant.

**<u>ORDER OF DISMISSAL</u>**

       Having fully considered Plaintiffs' Unopposed Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2) (Doc. 193), and good cause appearing,

       **IT IS HEREBY ORDERED** that this matter is **dismissed with prejudice**, with the Parties to bear their own attorney's fees and costs incurred herein.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE

June 7, 2024

SUBMITTED BY:

**By:  */s/ Marcela Johnson***
Zachary Manfredi*
Jessica Hanson*
Marcela Johnson*
Asylum Seeker Advocacy Project (ASAP)
228 Park Ave. S. #84810
New York, NY 10003
(646) 937-0368
zachary.manfredi@asylumadvocacy.org
jessica.hanson@asylumadvocacy.org
marcela.johnson@asylumadvocacy.org

Michael T. Mervis
Tara M. Brailey
Proskauer Rose LLP
11 Times Square
New York, New York 10036
(212) 969-3000
mmervis@proskauer.com
tbrailey@proskauer.com

Leon Howard
Rebecca Sheff
Max Isak Brooks
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103
(505) 266-5915
lhoward@aclu-nm.org
rsheff@aclu-nm.org
mbrooks@aclu-nm.org

*Attorneys for Plaintiffs*

*\*Appearing pursuant to D.N.M.LR-Civ. 83.3(a).*

*Approved by:*

**By:  *Approved via email on June 5, 2024***
Juliana MacPherson Barrett
Paul Quast
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
Juliana.M.Barrett@usdoj.gov
Paul.C.Quast@usdoj.gov

Ruth F. Keegan
Assistant U.S. Attorney
201 Third Street, NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
ruth.f.keegan@usdoj.gov

*Attorneys for the United States*